## WALTERS *v.* STATE.*

(In Banc.   Jan. 22, 1929.)

[122 So. 189.   No. 27763.]

*Corpus Juris-Cyc References: Homicide, 30CJ, section 580, p. 329, n. 19.

*Collins & Collins* and *R. A. Wallace,* for appellant.

*Rufus Creekmore,* Assistant Attorney-General, for the state.

Argued orally by *Jeff Collins* and *R. A. Wallace,* for appellant, and *Rufus Creekmore,* for the state.

ANDERSON, J.  The presumption of malice that goes with the use of a deadly weapon was completely overcome in this case by the eyewitnesses to the homicide. There was no material conflict in their evidence that the appellant committed the homicide in self-defense. There-

fore there was no question for the jury to pass upon, and the court should have granted the appellant's request for a directed verdict of not guilty.

*Reversed, and appellant discharged.*

